# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALEX VESELY, individually and as special administrator and brother of JITKA VESELY, (Deceased),<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ARMSLIST, LLC, an Oklahoma Limited Liability Company,<br>　　　　　　　　Defendants. | Case No. 1:13-cv-00607 |

## NOTICE OF REMOVAL

Defendant, ARMSLIST, LLC, by and through its undersigned attorneys, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby notify this Court that it is removing the above-captioned action currently pending in the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division. In support, ARMSLIST, LLC states as follows:

1. On December 12, 2012, Plaintiff, an Illinois resident, commenced this action under the Illinois Wrongful Death, Survival and Family Expense Acts in the Circuit Court of Cook County, Illinois, styled as ALEX VESELY, individually and as special administrator and brother of JITKA VESELY (Deceased) v. ARMSLIST, LLC, with the case number of 2012-L-013945. (A copy of the Complaint is attached as Exhibit A).

2. Armslist, LLC (hereinafter "Armslist") was served with a copy of the Summons and Complaint on December 26, 2012. (A copy of the Affidavit of Service is attached as Exhibit B). This Notice of Removal is therefore timely filed within thirty (30) days after Armslist was served.

1

3.    The United States District Court for the Northern District of Illinois is the federal judicial district encompassing Cook County, Illinois.  Therefore, venue lies in this Court pursuant to 28 U.S.C. § 1441(a).

4.    Armslist's basis for removal to federal court is diversity jurisdiction pursuant to 28 U.S.C. § 1332, because: (1) there is complete diversity of citizenship between Plaintiff and Armslist, and (2) the amount in controversy, exclusive of interest and costs, exceeds seventy-five thousand dollars ($75,000.00).

5.    Armslist is a limited liability company organized under the laws of the state of Oklahoma with its principal place of business in Pennsylvania.  Armslist's two members are individual citizens of Pennsylvania.  Thus, for the purpose of diversity jurisdiction, Armslist is a citizen of Oklahoma and Pennsylvania.

6.    According to the allegations of the Complaint, Plaintiff is a resident of Cook County, Illinois. (Compl. at ¶4).

7.    In his Complaint, Plaintiff pleads three causes of action against Armslist:  Count I, Wrongful Death Act; Count II, Survival Action; and Count III, Family Expense Act.  All three claims arise from the intentional shooting death of Plaintiff's sister, Jitka Vesely, in Oak Brook, Illinois on April 13, 2011 by Demtry Smirnov, a resident of Canada.  (Compl. at ¶¶37-41).  Smirnov is alleged to have illegally purchased the pistol used in the shooting from Benedict Ladera, a private seller and resident of Seattle, Washington.  (*Id*. at ¶¶30-32).  Plaintiff further alleges that Smirnov became aware that Ladera was selling the pistol when he saw Ladera's advertisement for the pistol on Armslist's website, which provides a forum for private sellers of outdoor sporting equipment, including firearms, to post "for sale" advertisements. (*See id*. at ¶5).  Plaintiff claims that Armslist's website unreasonably

"facilitated" Smirnov's purchase of the pistol and that Ladera's advertisement on the website proximately caused Plaintiff's sister's death.

8. Although Armslist denies that Plaintiff is entitled to any monetary relief because it is not legally responsible for the content of Ladera's advertisement or for Smirnov's criminal acts, Armslist believes, in good faith, that the amount in controversy exceeds seventy-five thousand dollars ($75,000.00) exclusive of costs and interest. (*See* Affidavit of Attorney James B. Vogts attached as Exhibit C). Plaintiff's claim for wrongful death alleges that Jitka Vesely was 36 years old at the time of her death and that her decedents "have suffered great losses of a personal and pecuniary nature, including the loss of companionship and society of the decedent, as well as grief, sorrow, and mental suffering[.]" (Compl. at ¶52). Moreover, under Plaintiff's Survival Act claim, Jitka Vesely is alleged to have "suffered serious injuries of a personal nature, including but not limited to, great pain and suffering before her death[.]"(Compl. at ¶54). Finally, under his Family Expense Act claim, Plaintiff is alleged to have "sustained great losses in the form of funeral and burial expenses." Plaintiff's alleged damages exceed the $75,000.00 threshold to establish diversity jurisdiction. *Cf. Jeffries v. Silvercup Bakers, Inc.*, 434 F.2d 310, 311-12 (7th Cir.1970) (finding sufficient probability that jurisdictional amount was satisfied, in part, because of the severity of plaintiff's alleged injury).

9. Pursuant to 28 U.S.C. §1446(a), a copy of the state court file, including a copy of all process, pleadings, and orders served upon defendant is attached as Exhibit D.

10. Prompt written notice of this Notice of Removal is being sent to Plaintiff through his counsel, and to Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

**DATED: January 25, 2013**

Respectfully submitted,

ARMLIST, LLC


By: /s/ *Andrew A. Lothson*
One of Armslist, LLC's Attorneys

James B. Vogts, #6188442
Andrew A. Lothson, #6297061
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX

## CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 25th day of January, 2013, I caused to be served a copy of the foregoing document on all counsel of record listed below, via regular U.S. mail, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Suite 3300, Chicago, IL 60611.

1. Jonathan E. Lowy
   Arin M. Brenner
   Lindsey Merikas
   Brady Center to Prevent Gun Violence
   1225 Eye St. NW #1100
   Washington, DC 20005

2. Jay S. Dobrutsky
   Alexander D. Marks
   Burke, Warren, MacKay & Serritella, P.C.
   330 N. Wabash, 22nd Floor
   Chicago, IL 60611

/s/ *Andrew A. Lothson*
Andrew A. Lothson