IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEX VESELY, individually and as special administrator and brother of JITKA VESELY, (Deceased),<br><br>Plaintiff,<br><br>vs.<br><br>ARMSLIST, LLC, an Oklahoma Limited Liability Company,<br><br>Defendants. | Case No. 1:13-cv-00607-SBC-JC |

**ARMSLIST, LLC'S CORPORATE DISCLOSURE PURSUANT
TO LOCAL RULE 3.2 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Northern District of Illinois, the undersigned counsel for Defendant Armslist, LLC ("Armslist") in the above-captioned action certifies the following:

Armslist is not a publicly traded corporation. Armslist is a limited liability company organized under the laws of the state of Oklahoma with its principal place of business in Pennsylvania. Armslist's two members are individual citizens of Pennsylvania. Armslist does not have any publicly held affiliates as defined by L.R. 3.2.

**DATED:  January 25, 2013**

                                                            Respectfully submitted,

                                                            **ARMLIST, LLC**

                                                     By: /s/ *Andrew A. Lothson*
                                                        One of Armslist, LLC's Attorneys

James B. Vogts, #6188442
Andrew A. Lothson, #6297061
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300

Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX

# CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 25th day of January, 2013, I caused to be served a copy of the foregoing document on all counsel of record listed below, via regular U.S. mail, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Suite 3300, Chicago, IL 60611.

1. Jonathan E. Lowy
   Arin M. Brenner
   Lindsey Merikas
   Brady Center to Prevent Gun Violence
   1225 Eye St. NW #1100
   Washington, DC 20005

2. Jay S. Dobrutsky
   Alexander D. Marks
   Burke, Warren, MacKay & Serritella, P.C.
   330 N. Wabash, 22nd Floor
   Chicago, IL 60611

*/s/ Andrew A. Lothson*
Andrew A. Lothson